Same case below, 601 F.3d 158.

**No. 10-788. Charles A. Rehberg, Petitioner v. James P. Paulk, et al.**

562 U.S. 1286, 131 S. Ct. 1678, 179 L. Ed. 2d 645, 2011 U.S. LEXIS 2221.

March 21, 2011. Motion of Government Accountability Project for leave to file a brief as amicus curiae granted. Petition for a writ of certiorari to the United States Court of Appeals for the Eleventh Circuit granted.

Same case below, 611 F.3d 828.

**No. 10-946. Robert Bierenbaum, Petitioner v. Harold Graham, Superintendent, Auburn Correctional Facility, et al.**

562 U.S. 1303, 131 S. Ct. 1693, 179 L. Ed. 2d 645, 2011 U.S. LEXIS 2174.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 607 F.3d 36.

**No. 10-970. Livonia Properties Holdings, LLC, Petitioner v. 12840-12976 Farmington Road Holdings, LLC.**

562 U.S. 1288, 131 S. Ct. 1696, 179 L. Ed. 2d 645, 2011 U.S. LEXIS 2242.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 399 Fed. Appx. 97.